UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-3059

MIGUEL CHIQUIRIN-DELGADO,

    Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

**FILED**
May 31, 2023
DEBORAH S. HUNT, Clerk

Before: SUTTON, Chief Judge; LARSEN and MURPHY, Circuit Judges.

# JUDGMENT

THIS MATTER came before the court upon the petition for review by Miguel Chiquirin-Delgado of a decision by the Board of Immigration Appeals.

UPON FULL REVIEW of the record and the briefs of counsel,

IT IS ORDERED that the petition for review is DENIED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk